Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 4

Lion Energy LLC

                             Plaintiff,

v.

UNITED STATES,

OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER, Defendant.

**SUMMONS** 20-03728

**TO:**  The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

/s/ Alexandra H. Salzman
_____
Signature of Plaintiff's Attorney

October 5, 2020
_____
      Date

Alexandra H. Salzman
DEKIEFFER & HORGAN, PLLC
Suite 410
1090 Vermont Ave, N.W.
Washington, D.C. 20005
Tel: (202) 783-6900
Fax: (202) 783-6909
email: asalzman@dhlaw.com
*Admitted to California Bar; practice supervised by attorneys of the firm who are active D.C. Bar members pursuant to D.C. Bar Rule 49(c)(8).*

\*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)